NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL HENDERSON,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-3446
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed September 9, 2020.

Appeal from the Circuit Court for Pinellas
County; William H. Burgess III, Judge.

J.S. Lucas Fleming of The Fleming Law
Group, P.A., St. Petersburg, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.



PER CURIAM.

          Affirmed.

NORTHCUTT, BLACK, and SMITH, JJ., Concur.